[No. 19790-5-III.   Division Three.   November 27, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE SLEDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01446-6, Michael E. Donohue, J., entered December 7, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19929-1-III.   Division Three.   November 27, 2001.]

LARRY D. OLSON, *Appellant*, v. SPOKANE COUNTY LAW OFFICERS' AND FIRE FIGHTERS' DISABILITY BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-05824-5, Paul A. Bastine, J., entered January 16, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19917-7-III.   Division Three.   November 29, 2001.]

DICK LEDGERWOOD AND SONS, INC., *Respondent*, v. MARK LANSDOWNE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Garfield County, No. 00-2-00007-1, William D. Acey, J., entered January 18, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.